1   **WO**

2

3

4

5

6               **IN THE UNITED STATES DISTRICT COURT**

7               **FOR THE DISTRICT OF ARIZONA**

8
    Carlos A. Cifuentes,                    )        No. CV-10-1979-PHX-GMS
9                                           )
                Plaintiff,                  )        **ORDER**
10                                          )
    vs.                                     )
11                                          )
    Southwest Airlines Co.,                 )
12                                          )
                Defendant.                  )
13                                          )
                                            )
14

15          The parties have submitted a Stipulated Request for Entry of Protective Order

16   regarding confidentiality that calls for discovery materials to be kept confidential by the

17   parties. (Doc. 17.) The proposed order, particularly paragraph 8, fails to take into account

18   Ninth Circuit law restricting the circumstances under which confidentiality orders may be

19   entered and documents in the Court's file may be sealed.

20          Two standards are relevant. "First, a 'compelling reasons' standard applies to [the

21   sealing of] most judicial records." *Pintos v. Pac. Creditors Ass'n*, 565 F.3d 1106, 1115 (9th

22   Cir. 2009) (citing *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir.

23   2006); *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003)).

24   "This standard derives from the common law right 'to inspect and copy public records and

25   documents, including judicial records and documents.' To limit this common law right of

26   access, a party seeking to seal judicial records must show that 'compelling reasons supported

27   by specific factual findings outweigh the general history of access and the public policies

28   favoring disclosure.'" *Id.* (quoting *Kamakana*, 447 F.3d at 1178) (alteration and internal

1   citations omitted).

2      The second standard applies to discovery materials.  "'Private materials unearthed

3   during discovery' are not part of the judicial record."  *Id.* (quoting *Kamakana*, 447 F.3d at

4   1180) (alteration omitted).  The "good cause" standard set forth in Rule 26(c) of the Federal

5   Rules of Civil Procedure applies to orders rendering this category of documents confidential.

6   *See id.*; *San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1103 (9th Cir. 1999)

7   ("It is well-established that the fruits of pretrial discovery are, in the absence of a court order

8   to the contrary, presumptively public.  Rule 26(c) authorizes a district court to override this

9   presumption where 'good cause' is shown.") (citations omitted).

10     The good cause standard also applies to the sealed filing of documents attached to

11  non-dispositive motions because those documents are often "'unrelated, or only tangentially

12  related, to the underlying cause of action.'" *Phillips v. G.M. Corp.*, 307 F.3d 1206, 1213 (9th

13  Cir. 2002); *see Pintos*, 565 F.3d at 1115.  Documents attached to dispositive motions such

14  as motions for summary judgment, however, are governed by the compelling reasons

15  standard.  *See San Jose Mercury News*, 187 F.3d at 1102; *Foltz*, 331 F.3d at 1136. The

16  parties do not establish good cause or compelling reasons merely by stipulating that

17  documents may be filed under seal.

18     The parties may submit a revised proposed order that takes into account these

19  standards. The stipulation or motion seeking entry of the order should show good cause for

20  a confidentiality order governing discovery materials. The proposed order should also reflect

21  the fact that any party seeking to file documents under seal must show good cause for

22  documents attached to non-dispositive motions or compelling reasons for documents attached

23  to dispositive motions.  Therefore,

24     **IT IS HEREBY ORDERED** denying the Stipulated Request for Entry of Protective

25  Order (Doc. 17) without prejudice.

26     DATED this 10th day of January, 2011.

27

28
                        G. Murray Snow
                     United States District Judge